UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00504

**Jerremy Raschaad Ray,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

### ORDER

Petitioner Jerremy Ray, a former inmate of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding pro se, filed this petition for the writ of habeas corpus challenging the legality of his conviction. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

After review of the pleadings, the magistrate judge issued a report on May 24, 2022, recommending that the petition be dismissed as barred by the statute of limitations. A copy of this report was sent to petitioner by certified mail at his last known address but was returned with the notation "return to sender, unclaimed, unable to forward." To date, petitioner has not furnished the court with a current address.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition for the writ of habeas corpus is dismissed with prejudice as barred by the statute of limitations. A certificate of appeal is denied sua sponte.

*So ordered by the court on August 29, 2022.*

_____
J. CAMPBELL BARKER
United States District Judge