UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00504

**Jerremy Raschaad Ray,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

## FINAL JUDGMENT

The court, having considered petitioner's action, hereby enters judgment that all claims in the matter are dismissed with prejudice. All pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on August 29, 2022.*

J. CAMPBELL BARKER
United States District Judge